**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WGT | E 1649525 | C. Schauer | 333 |

NP25100081

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 4/29/25 11:0 E
Offense Charged: ☒ CFR ☐ USC ☒ State Code
36 CFR 4.2(b) / WS 31-7-134(a)

Place of Offense: Highway 26 - near east, Grand Teton NP

Offense Description: Factual Basis for Charge  ☐ HAZMAT
operate under suspended or revoked DL
- knew he had no DL - Susp./revoked CA

**DEFENDANT INFORMATION**

Last Name: Barnett
First Name: Michael
M.I.: James

Tag No: none | State: none | Year: 03 | Make/Model: Chey trailr | PASS: | Color: Black

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court.
APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

angelbich13@gmail.com

$ 450 Forfeiture Amount
+ $30 Processing Fee
$ 480 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: U.S. DISTRICT COURT, 145 EAST SIMPSON, JACKSON, WY 83001
(307) 227-7020

X Defendant Signature
Original - CVB Copy

*E1649525*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident